# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MAURICIO LOPEZ-LOPERA,**
    **Petitioner,**

    **v.**      **C.A. No. 25-650 JJM**

**MICHAEL NESSINGER, et al.,**
    **Respondents.**

## JUDGMENT

**[   ]** Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to this Court's Text Order entered on December 10th, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered granting Petitioner Mauricio Lopez-Lopera's Petition for Writ of Habeas Corpus.

    It is so ordered.

December 10, 2025          By the Court:

                                        /s/ Ryan H. Jackson
                                        Deputy Clerk